MARY MCGAHAN, Respondent, *v.* ST. SAVIORS R. C. CHURCH, Appellant.

Argued April 20, 1943; decided May 27, 1943.

*Julius S. Christensen, James J. McLoughlin* and *Thomas F. Harrigan* for appellant.

*Harry E. Kreindler* and *Dora Aberlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.